AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| KENTUAN LANIER XAVIER SHAKKUR ROUSE, individually and on behalf of all other persons similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> 1 LIFE FIRE SAFETY, CORP., ABC FIRE LIFE SAFETY INC., CLIFTON DUGGAN, and AGYEI DUGGAN, <br><br> *Defendant(s)* | Civil Action No. 24-CV-4850 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  1 Life Fire Safety, Corp.,
 3256 Steinway St, Fl 2,
 Astoria, NY 11103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 Danny Grace PLLC
 225 Broadway, Suite 1200,
 New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/17/2024      Brenna B. Mahoney by: Roseann Guzzi
              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 24-CV-4850

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KENTUAN LANIER XAVIER SHAKKUR ROUSE, individually and on behalf of all other persons similarly situated,

                Plaintiff,

v.

1 LIFE FIRE SAFETY, CORP., ABC FIRE LIFE SAFETY INC., CLIFTON DUGGAN, and AGYEI DUGGAN.

                Defendants.

Case No.: 24-CV-4850 (AMD)(CLP)

**Rider With the Name & Addresses of All Defendants Included**

**Exhibit to Plaintiff's Proposed Summons – Rider with the Name and Addresses of all Defendants Included**

1. Defendant 1 Life Fire Safety, Corp.'s last known mailing address:
   3256 Steinway St, Fl 2,
   Astoria, NY 11103
2. Defendant ABC Fire Life Safety Inc's last known mailing address:
   3272 Steinway Street,
   Astoria, New York, 11103
3. Defendant Mr. Clifton Dugga's last known mailing address:
   2750 Holland Ave
   Bronx, NY 10467-8710
4. Defendant Mr. Agyei Duggan's last known mailing address:
   23308 Mentone Ave,
   Rosedale, NY 11422-1912

Dated: July 16, 2024
      New York, New York

Respectfully submitted,

      /s/
YUTING LI, ESQ.
DANNY GRACE PLLC
*ATTORNEYS FOR PLAINTIFF*
225 BROADWAY, SUITE 1200
NEW YORK, NY 10007
(212) 202-2485
yuting@dannygracepc.com